476 A.2d 99

Commonwealth v. Consalvo, Appellant.

Submitted November 28, 1983. Raymond E. Kumor, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

616

Before WICKERSHAM, MONTEMURO and MONTGOM-ERY, JJ.

Order affirmed.